UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| In re: ) | Case No.   16-31039 |
| ) | |
| **MICHAEL C POTTER** ) | Chapter   7 |
| *AKA* **MP MECHANICAL**, ) | |
| ) | Judge:   Elizabeth D. Katz |
| Debtor. ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| ) | **REQUEST FOR NOTICE** |
| ) | |
| ) | |
| ) | |

PLEASE TAKE NOTICE that Trifera, LLC ("Creditor"), by its counsel, Weinstein & Riley, P.S., hereby enters its appearance and requests, pursuant to 11 U.S.C. Sections 102(1) and 342, and Rules 2002(g), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices and all papers including orders and notices of any application, motion, petition, pleading, request, complaint or demand (1) which affect or seek to affect in any way rights or interests of Creditor with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Creditor, required to be served in this case, be served upon the following:

Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York, NY 10004
Attn: Charles Jeanfreau

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written

or oral and whether transmitted or conveyed by mail, email, delivery, telephone, facsimile, telecopier, electronic file transfer or otherwise.

Dated: June 19, 2017

                                                                      //s/ Charles Jeanfreau
Charles Jeanfreau
Weinstein & Riley, P.S.
Attorney for Trifera, LLC
11 Broadway, Suite 615
New York NY 10004
Phone: (212) 268-5540
Fax: (646) 478-9370
Email: charlesj@w-legal.com

# **CERTIFICATE OF SERVICE**

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on June 19, 2017:

Trustee via E-Filing
**David W. Ostrander**
Ostrander Law Office
P. O. Box 1237
36 Service Center Road
Northampton, MA 01061

Asst. U.S. Trustee via E-Filing
**Richard King**
Office of the U. S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Debtor via First-Class Mail
**Michael C Potter**
38 Whitman Street
Chicopee, MA 01013

Debtor's Counsel via E-Filing
**Clifford D. Heaton**
Clifford D. Heaton Esq.
19 Horseshoe Circle
Ware, MA 01082


/s/Roseann Taliercio
Roseann Taliercio, Asst to Charles Jeanfreau