# Servicing Bankruptcy POC-MFR Data

## Loan Information

| | | | |
|---|---|---|---|
| **Loan ID** | ▉ | | |
| **Borrower** | Potter, Michael C | | |
| **Property Address** | 7 Kelly Rd, Ware, MA  01082 | | |
| **Present Beneficiary** | | | |
| **Date Filed** | 12/3/2016 | **Bankruptcy Court** | MA DISTRICT OF MA |
| **BK Chapter** | 7 | **BK Case Number** | 16-31039 |
| | | | |
| **Current Interest Rate** | 5.37500% | **Per Diem** | $36.33 |
| **Prin Int Payment** | $1,395.94 | **Tax Ins Payment** | $352.76 |
| **Total Payment** | $1,748.70 | | |
| | | | |
| **Escrow Shortage** | ($35,605.06) | **Unapplied Balance** | $0.00 |
| | | | |
| **Date of Last Payment** | | | |

**Address Where Payments Should be Sent**

Clearspring Loan Services
C/O Payment Processing
18451 North Dallas Parkway, Suite 100n
Dallas, TX  75287

## Delinquent Late Charges

| assess month | curr late fee | bal at mnth start | bal at mnth end | delinquent late fee | bal at mnth start | bal at mnth end |
|---|---|---|---|---|---|---|
| Apr 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,340.16 |

## Calculated Late Charges

| calculated month | calculated late charge |
|---|---|
| Jun 2016 | $0.00 |
| Jul 2016 | $0.00 |
| Aug 2016 | $0.00 |
| Sep 2016 | $0.00 |
| Oct 2016 | $0.00 |
| Nov 2016 | $0.00 |

## NSF Charges

| assess month | NSF fee | bal at mnth start | bal at mnth end |
|---|---|---|---|
| Apr 2016 | $0.00 | $0.00 | $0.00 |
| May 2016 | $0.00 | $0.00 | |
| Jun 2016 | $0.00 | $0.00 | |
| Jul 2016 | $0.00 | $0.00 | |
| Aug 2016 | $0.00 | $0.00 | $0.00 |
| Sep 2016 | $0.00 | $0.00 | $0.00 |

|          |        |
|----------|--------|
| Dec 2016 | $0.00  |
| Jan 2017 | $0.00  |
| Feb 2017 | $0.00  |
|          | **$0.00** |

|          |       |       |       |
|----------|-------|-------|-------|
| Oct 2016 | $0.00 | $0.00 | $0.00 |
| Nov 2016 | $0.00 | $0.00 | $0.00 |
| Dec 2016 | $0.00 | $0.00 | $0.00 |
| Jan 2017 | $0.00 | $0.00 | $0.00 |
| Feb 2017 | $0.00 | $0.00 | $0.00 |
| Apr 2017 | $0.00 | $0.00 | $0.00 |
| May 2017 | $0.00 | $0.00 | $0.00 |
| Jun 2017 | $0.00 | $0.00 | $0.00 |

## Legal Fees

| paid dt | trans type cd | payee name | trans desc | Invoice Number | category | advanced amt | bal before trans | bal after trans |
|---|---|---|---|---|---|---|---|---|
| 5/6/2016 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60018687_00034 | Prop Pres | $20.00 | $3,060.00 | $3,080.00 |
| 6/1/2016 | FCD | Mortgage Contracting Services, Inc. | PP Prop Service | 18886096 | Prop Pres | $42.50 | $3,080.00 | $3,122.50 |
| 6/20/2016 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60020023_00002 | Prop Pres | $20.00 | $3,122.50 | $3,142.50 |
| 6/20/2016 | FCD | Mortgage Contracting Services, Inc. | Trip Charge - Regular | 19005913 | Prop Pres | $35.00 | $3,142.50 | $3,177.50 |
| 7/27/2016 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60021112_00005 | Prop Pres | $20.00 | $3,177.50 | $3,197.50 |
| 7/27/2016 | FCD | Mortgage Contracting Services, Inc. | Initial Grass Cut | 19122451 | Prop Pres | $768.00 | $3,197.50 | $3,965.50 |
| 7/27/2016 | FCD | Mortgage Contracting Services, Inc. | Trip Charge - Auto GC | 19145358 | Prop Pres | $35.00 | $3,965.50 | $4,000.50 |
| 8/15/2016 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60022263_00006 | Prop Pres | $20.00 | $4,000.50 | $4,020.50 |
| 9/26/2016 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60023145_00032 | Prop Pres | $20.00 | $4,020.50 | $4,040.50 |
| 10/27/2016 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60024388_00036 | Prop Pres | $20.00 | $4,040.50 | $4,060.50 |
| 10/27/2016 | FCD | Mortgage Contracting Services, Inc. | Winterize - Dry Heat | 19392853 | Prop Pres | $50.00 | $4,060.50 | $4,110.50 |
| 10/27/2016 | FCD | Mortgage Contracting Services, Inc. | Trip Charge - Auto | 19430939 | Prop Pres | $35.00 | $4,110.50 | $4,145.50 |
| 11/14/2016 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60025696_00033 | Prop Pres | $20.00 | $4,145.50 | $4,165.50 |
| 12/19/2016 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60026801_00052 | Prop Pres | $20.00 | $4,165.50 | $4,185.50 |
| 1/18/2017 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60028055_00018 | Prop Pres | $20.00 | $4,185.50 | $4,205.50 |
| 2/24/2017 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60029261_00003 | Prop Pres | $20.00 | $4,205.50 | $4,225.50 |
| 4/13/2017 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60030631_00027 | Prop Pres | $20.00 | $4,225.50 | $4,245.50 |
| 5/2/2017 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60031838_00023 | Prop Pres | $20.00 | $4,245.50 | $4,265.50 |
| 5/15/2017 | FCD | Mortgage Contracting Services, Inc. | Initial Grass Cut | 19983121 | Prop Pres | $180.00 | $4,265.50 | $4,445.50 |
| 5/15/2017 | FCD | Mortgage Contracting Services, Inc. | Trip Charge - Auto GC | 20000855 | Prop Pres | $35.00 | $4,445.50 | $4,480.50 |
| 6/13/2017 | FCD | Mortgage Contracting Services, Inc. | PP Prop Service | 20089201 | Prop Pres | $175.00 | $4,480.50 | $4,655.50 |
| 6/16/2017 | FCD | Mortgage Contracting Services, Inc. | PI Prop Service | 60033594_00011 | Prop Pres | $20.00 | $4,655.50 | $4,675.50 |

## Arrearage

| period | payment date | base prin int pmt | principal | effective interest | effective rate | effective PI | tax ins payment | effective PITI |
|---|---|---|---|---|---|---|---|---|
| 10 | 7/1/2010 | $1,395.94 | $291.00 | $1,104.94 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 11 | 8/1/2010 | $1,395.94 | $292.30 | $1,103.64 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |

| # | Date | Payment | Principal | Interest | Rate | Total | Escrow | Total Pmt |
|---|---|---|---|---|---|---|---|---|
| 12 | 9/1/2010 | $1,395.94 | $293.61 | $1,102.33 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 13 | 10/1/2010 | $1,395.94 | $294.92 | $1,101.02 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 14 | 11/1/2010 | $1,395.94 | $296.24 | $1,099.70 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 15 | 12/1/2010 | $1,395.94 | $297.57 | $1,098.37 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 16 | 1/1/2011 | $1,395.94 | $298.90 | $1,097.04 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 17 | 2/1/2011 | $1,395.94 | $300.24 | $1,095.70 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 18 | 3/1/2011 | $1,395.94 | $301.59 | $1,094.35 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 19 | 4/1/2011 | $1,395.94 | $302.94 | $1,093.00 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 20 | 5/1/2011 | $1,395.94 | $304.30 | $1,091.64 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 21 | 6/1/2011 | $1,395.94 | $305.66 | $1,090.28 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 22 | 7/1/2011 | $1,395.94 | $307.03 | $1,088.91 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 23 | 8/1/2011 | $1,395.94 | $308.40 | $1,087.54 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 24 | 9/1/2011 | $1,395.94 | $309.78 | $1,086.16 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 25 | 10/1/2011 | $1,395.94 | $311.17 | $1,084.77 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 26 | 11/1/2011 | $1,395.94 | $312.57 | $1,083.37 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 27 | 12/1/2011 | $1,395.94 | $313.97 | $1,081.97 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 28 | 1/1/2012 | $1,395.94 | $315.37 | $1,080.57 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 29 | 2/1/2012 | $1,395.94 | $316.78 | $1,079.16 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 30 | 3/1/2012 | $1,395.94 | $318.20 | $1,077.74 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 31 | 4/1/2012 | $1,395.94 | $319.63 | $1,076.31 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 32 | 5/1/2012 | $1,395.94 | $321.06 | $1,074.88 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 33 | 6/1/2012 | $1,395.94 | $322.50 | $1,073.44 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 34 | 7/1/2012 | $1,395.94 | $323.94 | $1,072.00 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 35 | 8/1/2012 | $1,395.94 | $325.39 | $1,070.55 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 36 | 9/1/2012 | $1,395.94 | $326.85 | $1,069.09 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 37 | 10/1/2012 | $1,395.94 | $328.32 | $1,067.62 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 38 | 11/1/2012 | $1,395.94 | $329.79 | $1,066.15 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 39 | 12/1/2012 | $1,395.94 | $331.26 | $1,064.68 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 40 | 1/1/2013 | $1,395.94 | $332.75 | $1,063.19 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 41 | 2/1/2013 | $1,395.94 | $334.24 | $1,061.70 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 42 | 3/1/2013 | $1,395.94 | $335.73 | $1,060.21 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 43 | 4/1/2013 | $1,395.94 | $337.24 | $1,058.70 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 44 | 5/1/2013 | $1,395.94 | $338.75 | $1,057.19 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 45 | 6/1/2013 | $1,395.94 | $340.27 | $1,055.67 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 46 | 7/1/2013 | $1,395.94 | $341.79 | $1,054.15 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 47 | 8/1/2013 | $1,395.94 | $343.32 | $1,052.62 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 48 | 9/1/2013 | $1,395.94 | $344.86 | $1,051.08 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 49 | 10/1/2013 | $1,395.94 | $346.40 | $1,049.54 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 50 | 11/1/2013 | $1,395.94 | $347.96 | $1,047.98 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 51 | 12/1/2013 | $1,395.94 | $349.51 | $1,046.43 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 52 | 1/1/2014 | $1,395.94 | $351.08 | $1,044.86 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 53 | 2/1/2014 | $1,395.94 | $352.65 | $1,043.29 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 54 | 3/1/2014 | $1,395.94 | $354.23 | $1,041.71 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 55 | 4/1/2014 | $1,395.94 | $355.82 | $1,040.12 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 56 | 5/1/2014 | $1,395.94 | $357.41 | $1,038.53 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 57 | 6/1/2014 | $1,395.94 | $359.01 | $1,036.93 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 58 | 7/1/2014 | $1,395.94 | $360.62 | $1,035.32 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 59 | 8/1/2014 | $1,395.94 | $362.24 | $1,033.70 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 60 | 9/1/2014 | $1,395.94 | $363.86 | $1,032.08 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 61 | 10/1/2014 | $1,395.94 | $365.49 | $1,030.45 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 62 | 11/1/2014 | $1,395.94 | $367.13 | $1,028.81 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 63 | 12/1/2014 | $1,395.94 | $368.77 | $1,027.17 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 64 | 1/1/2015 | $1,395.94 | $370.42 | $1,025.52 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 65 | 2/1/2015 | $1,395.94 | $372.08 | $1,023.86 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 66 | 3/1/2015 | $1,395.94 | $373.75 | $1,022.19 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 67 | 4/1/2015 | $1,395.94 | $375.42 | $1,020.52 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 68 | 5/1/2015 | $1,395.94 | $377.10 | $1,018.84 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 69 | 6/1/2015 | $1,395.94 | $378.79 | $1,017.15 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 70 | 7/1/2015 | $1,395.94 | $380.49 | $1,015.45 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 71 | 8/1/2015 | $1,395.94 | $382.19 | $1,013.75 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 72 | 9/1/2015 | $1,395.94 | $383.91 | $1,012.03 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 73 | 10/1/2015 | $1,395.94 | $385.62 | $1,010.32 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 74 | 11/1/2015 | $1,395.94 | $387.35 | $1,008.59 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 75 | 12/1/2015 | $1,395.94 | $389.09 | $1,006.85 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 76 | 1/1/2016 | $1,395.94 | $390.83 | $1,005.11 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 77 | 2/1/2016 | $1,395.94 | $392.58 | $1,003.36 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 78 | 3/1/2016 | $1,395.94 | $394.34 | $1,001.60 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 79 | 4/1/2016 | $1,395.94 | $396.11 | $999.83 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 80 | 5/1/2016 | $1,395.94 | $397.88 | $998.06 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 81 | 6/1/2016 | $1,395.94 | $399.66 | $996.28 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 82 | 7/1/2016 | $1,395.94 | $401.45 | $994.49 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 83 | 8/1/2016 | $1,395.94 | $403.25 | $992.69 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 84 | 9/1/2016 | $1,395.94 | $405.06 | $990.88 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 85 | 10/1/2016 | $1,395.94 | $406.87 | $989.07 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 86 | 11/1/2016 | $1,395.94 | $408.69 | $987.25 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 87 | 12/1/2016 | $1,395.94 | $410.52 | $985.42 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 88 | 1/1/2017 | $1,395.94 | $412.36 | $983.58 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 89 | 2/1/2017 | $1,395.94 | $414.21 | $981.73 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 90 | 3/1/2017 | $1,395.94 | $416.06 | $979.88 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 91 | 4/1/2017 | $1,395.94 | $417.93 | $978.01 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 92 | 5/1/2017 | $1,395.94 | $419.80 | $976.14 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| 93 | 6/1/2017 | $1,395.94 | $421.68 | $974.26 | 0.05375 | $1,395.94 | $352.76 | $1,748.70 |
| | | **$117,258.96** | **$29,597.90** | **$87,661.06** | | **$117,258.96** | **$29,631.84** | **$146,890.80** |

| Payments | | |
|---|---|---|
| paid dt | trans desc | pmt amt |
| | | |

# Servicing Default Breakdown

## Loan Information / Borrower Information / Reinstatement Quote / Payoff Quote

| Loan Information | | Borrower Information | | Reinstatement Quote | | Payoff Quote | |
|---|---|---|---|---|---|---|---|
| Loan Number | | Borrower Name | Michael C Potter | Good Through Date | 6/16/2017 | Good Through Date | 6/16/2017 |
| Interest Calc Method | Conventional - 365 | Borrower SSN | 8615 | Payments Due | 84 | UPB | $246,685.16 |
| Loan Type | CNV | Co-Borrower Name | Sarah Potter | Due P&I | $117,258.96 | Interest Due + | $93,440.76 |
| Due Date Next Payment | 7/1/2010 | Co-Borrower SSN | 8736 | Due T&I - | ($35,605.06) | Unapplied Balance - | $0.00 |
| Number of Days Due | 2542 | Mailing Address 1 | 111 Shoreline Dr | Unapplied Balance - | $0.00 | T&I Balance - | ($35,605.06) |
| Mortgage Amount | $249,287.00 | Mailing Address 2 | | Calculated Late Charges + | $0.00 | Subsidy Balance + | $0.00 |
| Original Interest Rate | 5.375 | Mailing City | Ware | Unpaid Late Charges + | $1,340.16 | Calculated Late Charges + | $0.00 |
| Current Interest Rate | 5.375 | Mailing State | MA | FCL/Bank Fee Balance + | $4,675.50 | Delinquent Late Charges + | $1,340.16 |
| Interest Type | F | Mailing Zip | 01082 | Returned Check Balance + | $0.00 | Returned Check Balance + | $0.00 |
| Daily Interest Rate | 0.00014726 | Property Address | 7 Kelly Rd | Misc Fee Balance + | $0.00 | FCL/Bank Fee Balance + | $4,675.50 |
| Daily Interest Amount | $36.33 | Property City | Ware | Pending FCL/Bank Fees + | $0.00 | MIP/PMI Due + | $0.00 |
| P&I Payment Amount | $1,395.94 | Property State | MA | | | Misc Fee Balance + | $0.00 |
| T&I Payment Amount | $352.76 | Property Zip | 01082 | | | Loss Draft Balance - | $0.00 |
| Term | 360 | | | | | Deferred Balance + | $0.00 |
| Remaining Term | 351 | | | | | Pending FCL/Bank Fees + | $0.00 |
| Boarding Date | 4/20/2016 | | | | | | |
| Maturity Date | 9/1/2039 | | | **Total Amount Due** | **$158,879.68** | **Payoff Amount** | **$381,746.64** |
| Boarded FCL Fees | $3,060.00 | | | | | | |
| Boarded T&I | $33,351.88 | | | | | | |
| Misc Ins Payment | $0.00 | | | | | | |
| Subsidy Payment | $0.00 | | | | | | |
| Late Pay Penalty | NO LATE CHARGE | | | | | | |
| Days Interest Due | 2572 | | | | | | |
| Default Interest Rate | | | | | | | |
| Daily Default Interest Amount | $0.00 | | | | | | |
| Days Default Interest Due | 0 | | | | | | |

## Transaction History

| paid dt | trans type cd | trans desc | total | prin bal amt | prin amt | int amt | ti bal amt | ti amt | fcl bank fee | fcl bank fee | misc fee | misc fee | ret check amount | ret check balance | transaction notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/2016 | BEG | Set Up | $0.00 | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($3,060.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 5/6/2016 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($3,080.00) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60018687_00034 |
| 6/1/2016 | FCD | PP Prop Service | ($42.50) | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($3,122.50) | ($42.50) | $0.00 | $0.00 | $0.00 | $0.00 | 18886096 |
| 6/20/2016 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($3,142.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60020023_00002 |
| 6/20/2016 | FCD | PP Prop Service | ($35.00) | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($3,177.50) | ($35.00) | $0.00 | $0.00 | $0.00 | $0.00 | 19005913 |
| 7/27/2016 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($3,197.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60021112_00005 |
| 7/27/2016 | FCD | PP Prop Service | ($768.00) | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($3,965.50) | ($768.00) | $0.00 | $0.00 | $0.00 | $0.00 | 19122451 |
| 7/27/2016 | FCD | PP Prop Service | ($35.00) | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($4,000.50) | ($35.00) | $0.00 | $0.00 | $0.00 | $0.00 | 19145358 |
| 8/15/2016 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($33,351.88) | $0.00 | ($4,020.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60022263_00006 |
| 8/15/2016 | DIS | Hazard Disb | ($624.92) | $246,685.16 | $0.00 | $0.00 | ($33,976.80) | ($624.92) | ($4,020.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 |
| 8/29/2016 | DIS | Hazard Disb | ($156.23) | $246,685.16 | $0.00 | $0.00 | ($34,133.03) | ($156.23) | ($4,020.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 |
| 9/14/2016 | DIS | Hazard Disb | ($166.21) | $246,685.16 | $0.00 | $0.00 | ($34,299.24) | ($166.21) | ($4,020.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - 9132016 |
| 9/16/2016 | ADJ | Ins Refund | $110.87 | $246,685.16 | $0.00 | $0.00 | ($34,188.37) | $110.87 | ($4,020.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | SWBC CK # 436519 |
| 9/26/2016 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($34,188.37) | $0.00 | ($4,040.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60023145_00032 |
| 10/26/2016 | DIS | Hazard Disb | ($166.21) | $246,685.16 | $0.00 | $0.00 | ($34,354.58) | ($166.21) | ($4,040.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - 10112016 |
| 10/26/2016 | DIS | Hazard Disb | ($166.21) | $246,685.16 | $0.00 | $0.00 | ($34,520.79) | ($166.21) | ($4,040.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - 10122016 |
| 10/27/2016 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($34,520.79) | $0.00 | ($4,060.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60024388_00036 |
| 10/27/2016 | FCD | PP Prop Service | ($50.00) | $246,685.16 | $0.00 | $0.00 | ($34,520.79) | $0.00 | ($4,110.50) | ($50.00) | $0.00 | $0.00 | $0.00 | $0.00 | 19392853 |
| 10/27/2016 | FCD | PP Prop Service | ($35.00) | $246,685.16 | $0.00 | $0.00 | ($34,520.79) | $0.00 | ($4,145.50) | ($35.00) | $0.00 | $0.00 | $0.00 | $0.00 | 19430939 |
| 11/14/2016 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($34,520.79) | $0.00 | ($4,165.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60025696_00033 |
| 12/13/2016 | ADJ | Ins Refund | $332.42 | $246,685.16 | $0.00 | $0.00 | ($34,188.37) | $332.42 | ($4,165.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ticket 47392 - US Risk Check Refund |
| 12/15/2016 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($34,346.66) | ($158.29) | ($4,165.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - 12132016 |
| 12/19/2016 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($34,346.66) | $0.00 | ($4,185.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60026801_00052 |
| 1/1/2017 | BEG | Year End | $0.00 | $246,685.16 | $0.00 | $0.00 | ($34,346.66) | $0.00 | ($4,185.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 |
| 1/18/2017 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($34,346.66) | $0.00 | ($4,205.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60028055_00018 |
| 2/8/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($34,504.95) | ($158.29) | ($4,205.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - Jan 30 201 |

| Date | Type | Description | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/8/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($34,663.24) | ($158.29) | ($4,205.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - Aug 30 201 |
| 2/8/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($34,821.53) | ($158.29) | ($4,205.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - Sep 30 201 |
| 2/8/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($34,979.82) | ($158.29) | ($4,205.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - Oct 30 201 |
| 2/8/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($35,138.11) | ($158.29) | ($4,205.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - Nov 30 201 |
| 2/15/2017 | DIS | City Tax | ($205.38) | $246,685.16 | $0.00 | $0.00 | ($35,343.49) | ($205.38) | ($4,205.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NTS Tax Bill ID - 6066437 |
| 2/15/2017 | DISR | City Tax | $205.38 | $246,685.16 | $0.00 | $0.00 | ($35,138.11) | $205.38 | ($4,205.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 |
| 2/24/2017 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($35,138.11) | $0.00 | ($4,225.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60029261_00003 |
| 2/28/2017 | ADJ | Ins Refund | $166.21 | $246,685.16 | $0.00 | $0.00 | ($34,971.90) | $166.21 | ($4,225.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | USR Insurance refund received 02/27/17 Chk #69530. Total Amt |
| 4/13/2017 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($34,971.90) | $0.00 | ($4,245.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60030631_00027 |
| 4/17/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($35,130.19) | ($158.29) | ($4,245.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - Feb 28 201 |
| 4/25/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($35,288.48) | ($158.29) | ($4,245.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - Mar 30 201 |
| 4/25/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($35,446.77) | ($158.29) | ($4,245.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - Apr 30 201 |
| 5/2/2017 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($35,446.77) | $0.00 | ($4,265.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60031838_00023 |
| 5/15/2017 | FCD | PP Prop Service | ($180.00) | $246,685.16 | $0.00 | $0.00 | ($35,446.77) | $0.00 | ($4,445.50) | ($180.00) | $0.00 | $0.00 | $0.00 | $0.00 | 19983121 |
| 5/15/2017 | FCD | PP Prop Service | ($35.00) | $246,685.16 | $0.00 | $0.00 | ($35,446.77) | $0.00 | ($4,480.50) | ($35.00) | $0.00 | $0.00 | $0.00 | $0.00 | 20000855 |
| 6/13/2017 | FCD | PP Prop Service | ($175.00) | $246,685.16 | $0.00 | $0.00 | ($35,446.77) | $0.00 | ($4,655.50) | ($175.00) | $0.00 | $0.00 | $0.00 | $0.00 | 20089201 |
| 6/15/2017 | DIS | Hazard Disb | ($158.29) | $246,685.16 | $0.00 | $0.00 | ($35,605.06) | ($158.29) | ($4,655.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | US Risk VendorUID - May 30 201 |
| 6/16/2017 | FCD | PI Prop Service | ($20.00) | $246,685.16 | $0.00 | $0.00 | ($35,605.06) | $0.00 | ($4,675.50) | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | 60033594_00011 |

**Late Charge History**

| paid dt | trans type cd | trans desc | paid amt | curr adj amt | unpaid adj amt | curr bal amt | unpaid bal amt | transaction notes |
|---|---|---|---|---|---|---|---|---|
| 4/28/2016 | BEG | Set Up | $0.00 | $0.00 | $0.00 | $0.00 | $1,340.16 | |

**Default Interest Charge History**

| paid dt | trans type cd | trans desc | misc fee | misc fee | transaction notes |
|---|---|---|---|---|---|

**Amortization Schedule To Bring Current**

| Period | Payment Date | Payment | Current Balance | Principal | Interest | effective multi rate dt | effective rate | monthly effective rate | effective multi pay dt | calculated multi pay amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 7/1/2010 | $1,395.94 | $246,394.16 | $291.00 | $1,104.94 | | 5.37500% | 0.44792% | | $1,395.94 |
| 11 | 8/1/2010 | $1,395.94 | $246,101.87 | $292.30 | $1,103.64 | | 5.37500% | 0.44792% | | $1,395.94 |
| 12 | 9/1/2010 | $1,395.94 | $245,808.26 | $293.61 | $1,102.33 | | 5.37500% | 0.44792% | | $1,395.94 |
| 13 | 10/1/2010 | $1,395.94 | $245,513.34 | $294.92 | $1,101.02 | | 5.37500% | 0.44792% | | $1,395.94 |
| 14 | 11/1/2010 | $1,395.94 | $245,217.09 | $296.24 | $1,099.70 | | 5.37500% | 0.44792% | | $1,395.94 |
| 15 | 12/1/2010 | $1,395.94 | $244,919.52 | $297.57 | $1,098.37 | | 5.37500% | 0.44792% | | $1,395.94 |
| 16 | 1/1/2011 | $1,395.94 | $244,620.62 | $298.90 | $1,097.04 | | 5.37500% | 0.44792% | | $1,395.94 |
| 17 | 2/1/2011 | $1,395.94 | $244,320.37 | $300.24 | $1,095.70 | | 5.37500% | 0.44792% | | $1,395.94 |
| 18 | 3/1/2011 | $1,395.94 | $244,018.79 | $301.59 | $1,094.35 | | 5.37500% | 0.44792% | | $1,395.94 |
| 19 | 4/1/2011 | $1,395.94 | $243,715.85 | $302.94 | $1,093.00 | | 5.37500% | 0.44792% | | $1,395.94 |
| 20 | 5/1/2011 | $1,395.94 | $243,411.55 | $304.30 | $1,091.64 | | 5.37500% | 0.44792% | | $1,395.94 |
| 21 | 6/1/2011 | $1,395.94 | $243,105.89 | $305.66 | $1,090.28 | | 5.37500% | 0.44792% | | $1,395.94 |
| 22 | 7/1/2011 | $1,395.94 | $242,798.87 | $307.03 | $1,088.91 | | 5.37500% | 0.44792% | | $1,395.94 |
| 23 | 8/1/2011 | $1,395.94 | $242,490.46 | $308.40 | $1,087.54 | | 5.37500% | 0.44792% | | $1,395.94 |
| 24 | 9/1/2011 | $1,395.94 | $242,180.68 | $309.78 | $1,086.16 | | 5.37500% | 0.44792% | | $1,395.94 |
| 25 | 10/1/2011 | $1,395.94 | $241,869.51 | $311.17 | $1,084.77 | | 5.37500% | 0.44792% | | $1,395.94 |
| 26 | 11/1/2011 | $1,395.94 | $241,556.94 | $312.57 | $1,083.37 | | 5.37500% | 0.44792% | | $1,395.94 |
| 27 | 12/1/2011 | $1,395.94 | $241,242.98 | $313.97 | $1,081.97 | | 5.37500% | 0.44792% | | $1,395.94 |
| 28 | 1/1/2012 | $1,395.94 | $240,927.61 | $315.37 | $1,080.57 | | 5.37500% | 0.44792% | | $1,395.94 |
| 29 | 2/1/2012 | $1,395.94 | $240,610.82 | $316.78 | $1,079.16 | | 5.37500% | 0.44792% | | $1,395.94 |
| 30 | 3/1/2012 | $1,395.94 | $240,292.62 | $318.20 | $1,077.74 | | 5.37500% | 0.44792% | | $1,395.94 |
| 31 | 4/1/2012 | $1,395.94 | $239,972.99 | $319.63 | $1,076.31 | | 5.37500% | 0.44792% | | $1,395.94 |
| 32 | 5/1/2012 | $1,395.94 | $239,651.93 | $321.06 | $1,074.88 | | 5.37500% | 0.44792% | | $1,395.94 |
| 33 | 6/1/2012 | $1,395.94 | $239,329.43 | $322.50 | $1,073.44 | | 5.37500% | 0.44792% | | $1,395.94 |
| 34 | 7/1/2012 | $1,395.94 | $239,005.49 | $323.94 | $1,072.00 | | 5.37500% | 0.44792% | | $1,395.94 |
| 35 | 8/1/2012 | $1,395.94 | $238,680.10 | $325.39 | $1,070.55 | | 5.37500% | 0.44792% | | $1,395.94 |
| 36 | 9/1/2012 | $1,395.94 | $238,353.24 | $326.85 | $1,069.09 | | 5.37500% | 0.44792% | | $1,395.94 |
| 37 | 10/1/2012 | $1,395.94 | $238,024.93 | $328.32 | $1,067.62 | | 5.37500% | 0.44792% | | $1,395.94 |
| 38 | 11/1/2012 | $1,395.94 | $237,695.14 | $329.79 | $1,066.15 | | 5.37500% | 0.44792% | | $1,395.94 |
| 39 | 12/1/2012 | $1,395.94 | $237,363.88 | $331.26 | $1,064.68 | | 5.37500% | 0.44792% | | $1,395.94 |
| 40 | 1/1/2013 | $1,395.94 | $237,031.13 | $332.75 | $1,063.19 | | 5.37500% | 0.44792% | | $1,395.94 |
| 41 | 2/1/2013 | $1,395.94 | $236,696.90 | $334.24 | $1,061.70 | | 5.37500% | 0.44792% | | $1,395.94 |

| # | Date | Payment | Balance | Principal | Interest | Rate | Monthly Rate | | Total |
|---|---|---|---|---|---|---|---|---|---|
| 42 | 3/1/2013 | $1,395.94 | $236,361.16 | $335.73 | $1,060.21 | 5.37500% | 0.44792% | | $1,395.94 |
| 43 | 4/1/2013 | $1,395.94 | $236,023.92 | $337.24 | $1,058.70 | 5.37500% | 0.44792% | | $1,395.94 |
| 44 | 5/1/2013 | $1,395.94 | $235,685.17 | $338.75 | $1,057.19 | 5.37500% | 0.44792% | | $1,395.94 |
| 45 | 6/1/2013 | $1,395.94 | $235,344.91 | $340.27 | $1,055.67 | 5.37500% | 0.44792% | | $1,395.94 |
| 46 | 7/1/2013 | $1,395.94 | $235,003.12 | $341.79 | $1,054.15 | 5.37500% | 0.44792% | | $1,395.94 |
| 47 | 8/1/2013 | $1,395.94 | $234,659.80 | $343.32 | $1,052.62 | 5.37500% | 0.44792% | | $1,395.94 |
| 48 | 9/1/2013 | $1,395.94 | $234,314.94 | $344.86 | $1,051.08 | 5.37500% | 0.44792% | | $1,395.94 |
| 49 | 10/1/2013 | $1,395.94 | $233,968.53 | $346.40 | $1,049.54 | 5.37500% | 0.44792% | | $1,395.94 |
| 50 | 11/1/2013 | $1,395.94 | $233,620.58 | $347.96 | $1,047.98 | 5.37500% | 0.44792% | | $1,395.94 |
| 51 | 12/1/2013 | $1,395.94 | $233,271.07 | $349.51 | $1,046.43 | 5.37500% | 0.44792% | | $1,395.94 |
| 52 | 1/1/2014 | $1,395.94 | $232,919.99 | $351.08 | $1,044.86 | 5.37500% | 0.44792% | | $1,395.94 |
| 53 | 2/1/2014 | $1,395.94 | $232,567.33 | $352.65 | $1,043.29 | 5.37500% | 0.44792% | | $1,395.94 |
| 54 | 3/1/2014 | $1,395.94 | $232,213.10 | $354.23 | $1,041.71 | 5.37500% | 0.44792% | | $1,395.94 |
| 55 | 4/1/2014 | $1,395.94 | $231,857.29 | $355.82 | $1,040.12 | 5.37500% | 0.44792% | | $1,395.94 |
| 56 | 5/1/2014 | $1,395.94 | $231,499.87 | $357.41 | $1,038.53 | 5.37500% | 0.44792% | | $1,395.94 |
| 57 | 6/1/2014 | $1,395.94 | $231,140.86 | $359.01 | $1,036.93 | 5.37500% | 0.44792% | | $1,395.94 |
| 58 | 7/1/2014 | $1,395.94 | $230,780.24 | $360.62 | $1,035.32 | 5.37500% | 0.44792% | | $1,395.94 |
| 59 | 8/1/2014 | $1,395.94 | $230,418.00 | $362.24 | $1,033.70 | 5.37500% | 0.44792% | | $1,395.94 |
| 60 | 9/1/2014 | $1,395.94 | $230,054.15 | $363.86 | $1,032.08 | 5.37500% | 0.44792% | | $1,395.94 |
| 61 | 10/1/2014 | $1,395.94 | $229,688.66 | $365.49 | $1,030.45 | 5.37500% | 0.44792% | | $1,395.94 |
| 62 | 11/1/2014 | $1,395.94 | $229,321.53 | $367.13 | $1,028.81 | 5.37500% | 0.44792% | | $1,395.94 |
| 63 | 12/1/2014 | $1,395.94 | $228,952.76 | $368.77 | $1,027.17 | 5.37500% | 0.44792% | | $1,395.94 |
| 64 | 1/1/2015 | $1,395.94 | $228,582.34 | $370.42 | $1,025.52 | 5.37500% | 0.44792% | | $1,395.94 |
| 65 | 2/1/2015 | $1,395.94 | $228,210.26 | $372.08 | $1,023.86 | 5.37500% | 0.44792% | | $1,395.94 |
| 66 | 3/1/2015 | $1,395.94 | $227,836.51 | $373.75 | $1,022.19 | 5.37500% | 0.44792% | | $1,395.94 |
| 67 | 4/1/2015 | $1,395.94 | $227,461.09 | $375.42 | $1,020.52 | 5.37500% | 0.44792% | | $1,395.94 |
| 68 | 5/1/2015 | $1,395.94 | $227,083.99 | $377.10 | $1,018.84 | 5.37500% | 0.44792% | | $1,395.94 |
| 69 | 6/1/2015 | $1,395.94 | $226,705.19 | $378.79 | $1,017.15 | 5.37500% | 0.44792% | | $1,395.94 |
| 70 | 7/1/2015 | $1,395.94 | $226,324.71 | $380.49 | $1,015.45 | 5.37500% | 0.44792% | | $1,395.94 |
| 71 | 8/1/2015 | $1,395.94 | $225,942.51 | $382.19 | $1,013.75 | 5.37500% | 0.44792% | | $1,395.94 |
| 72 | 9/1/2015 | $1,395.94 | $225,558.61 | $383.91 | $1,012.03 | 5.37500% | 0.44792% | | $1,395.94 |
| 73 | 10/1/2015 | $1,395.94 | $225,172.98 | $385.62 | $1,010.32 | 5.37500% | 0.44792% | | $1,395.94 |
| 74 | 11/1/2015 | $1,395.94 | $224,785.63 | $387.35 | $1,008.59 | 5.37500% | 0.44792% | | $1,395.94 |
| 75 | 12/1/2015 | $1,395.94 | $224,396.54 | $389.09 | $1,006.85 | 5.37500% | 0.44792% | | $1,395.94 |
| 76 | 1/1/2016 | $1,395.94 | $224,005.71 | $390.83 | $1,005.11 | 5.37500% | 0.44792% | | $1,395.94 |
| 77 | 2/1/2016 | $1,395.94 | $223,613.13 | $392.58 | $1,003.36 | 5.37500% | 0.44792% | | $1,395.94 |
| 78 | 3/1/2016 | $1,395.94 | $223,218.80 | $394.34 | $1,001.60 | 5.37500% | 0.44792% | | $1,395.94 |
| 79 | 4/1/2016 | $1,395.94 | $222,822.69 | $396.11 | $999.83 | 5.37500% | 0.44792% | | $1,395.94 |
| 80 | 5/1/2016 | $1,395.94 | $222,424.81 | $397.88 | $998.06 | 5.37500% | 0.44792% | | $1,395.94 |
| 81 | 6/1/2016 | $1,395.94 | $222,025.15 | $399.66 | $996.28 | 5.37500% | 0.44792% | | $1,395.94 |
| 82 | 7/1/2016 | $1,395.94 | $221,623.70 | $401.45 | $994.49 | 5.37500% | 0.44792% | | $1,395.94 |
| 83 | 8/1/2016 | $1,395.94 | $221,220.45 | $403.25 | $992.69 | 5.37500% | 0.44792% | | $1,395.94 |
| 84 | 9/1/2016 | $1,395.94 | $220,815.39 | $405.06 | $990.88 | 5.37500% | 0.44792% | | $1,395.94 |
| 85 | 10/1/2016 | $1,395.94 | $220,408.52 | $406.87 | $989.07 | 5.37500% | 0.44792% | | $1,395.94 |
| 86 | 11/1/2016 | $1,395.94 | $219,999.83 | $408.69 | $987.25 | 5.37500% | 0.44792% | | $1,395.94 |
| 87 | 12/1/2016 | $1,395.94 | $219,589.31 | $410.52 | $985.42 | 5.37500% | 0.44792% | | $1,395.94 |
| 88 | 1/1/2017 | $1,395.94 | $219,176.94 | $412.36 | $983.58 | 5.37500% | 0.44792% | | $1,395.94 |
| 89 | 2/1/2017 | $1,395.94 | $218,762.73 | $414.21 | $981.73 | 5.37500% | 0.44792% | | $1,395.94 |
| 90 | 3/1/2017 | $1,395.94 | $218,346.67 | $416.06 | $979.88 | 5.37500% | 0.44792% | | $1,395.94 |
| 91 | 4/1/2017 | $1,395.94 | $217,928.74 | $417.93 | $978.01 | 5.37500% | 0.44792% | | $1,395.94 |
| 92 | 5/1/2017 | $1,395.94 | $217,508.94 | $419.80 | $976.14 | 5.37500% | 0.44792% | | $1,395.94 |
| 93 | 6/1/2017 | $1,395.94 | $217,087.26 | $421.68 | $974.26 | 5.37500% | 0.44792% | | $1,395.94 |