# Assessment Field Card

Town of Ware, Massachusetts

## Parcel Information

| | |
|---:|:---|
| Address: | 7 KELLY RD |
| Map-Lot: | 2-3-4 |
| Patriot Account #: | 490 |
| Owner: | POTTER MICHAEL & |
| Co-Owner: | SARAHMICHAEL |
| Mailing Address: | POTTER   QUENTIN & CONSTANCE |
| | 111 SHORELINE DR |
| | WARE, MA 01082 |

## Building Exterior Details

| | |
|---:|:---|
| Building Type: | CAPE |
| Year Built: | 2002 |
| Grade: | C |
| Frame Type: | WOOD |
| Living Units: | 1 |
| Building Condition: | Good |
| Roof Cover: | ASPHALT SH |
| Roof Type: | GABLE |
| Exterior Wall Type: | VINYL |
| Pool: | False |

## General Information

| | |
|---:|:---|
| Total Acres: | 0.70707 |
| Land Use Code: | 101 |
| Neighborhood Code: | |
| Owner Occupied: | Y |
| Condo Name: | |
| Condo Unit: | |
| Zone: | RR |
| Utility Code 1: | |
| Utility Code 2: | |
| Utility Code 3: | |

## Building Area

| | |
|---:|:---|
| Gross Area: | 4512 sqft |
| Finished Area: | 2101 sqft |
| Basement Area: | 1036 sqft |
| Garage Area: | 0 sqft |
| Detached Garage: | sqft |
| Basement Garage: | 0 sqft |

## Ownership History

| | |
|---:|:---|
| Sale Date: | 8/24/2009 |
| Sale Price: | $ 270000 |
| Nal Description: | PORTION/ASSE |
| Grantor (Seller): | NORRIS CHRISTOPHER C & |
| Book/Page: | KELLY R |
| | 9943-30 |

## Building Interior

| | |
|---:|:---|
| No. Total Rooms: | 4 |
| No. Bedrooms: | 2 |
| No. Full Baths: | 2 |
| No. Half Baths: | 0 |
| Bath Rating: | AVER |
| No. Kitchens: | 1 |
| Kitchen Rating: | AVER |
| Building Framing: | WOOD |
| Interior Wall Type: | DRYWALL |
| Fireplaces: | 0 |
| Solar Hot Water: | False |
| Central Vac: | False |
| Floor Type: | HARDWOOD |
| Heat Type: | FORCED H/A |
| Heat Fuel: | GAS |
| Percent A/C: | 100 |

## Assessed Value

| | |
|---:|:---|
| Assessed Yard Value: | $ 1500 |
| Assessed Land Value: | $ 18600 |
| Assessed Bldg Value: | $166600 |
| **Total Assessed Value:** | **$186700** |



www.cai-tech.com
Data shown on this report is provided for planning and informational purposes only. The municipality and CAI Technologies are not responsible for any use for other purposes or misuse or misrepresentation of this report.

6/20/2017

Property Information - Ware, MA

