# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

IN RE:

MICHAEL C POTTER
aka MP Mechanical

    Debtor

Case No.: 16-31039

Chapter 7

## ORDER ON MOTION FOR RELIEF FROM STAY

TRIFERA, LLC, Movant, has filed herein a motion for relief from stay

1. ☒ to foreclose on and/or take possession and control of property described as follows: **7 Kelly Road, Ware, MA 01082**.

2. ☐ to proceed with the liquidation of claims involving the debtors or the debtors' estate pursuant to certain proceedings presently pending in: _____ _____.

3. ☐ other: _____.

The court, being duly advised, and any objections having been resolved, withdrawn or overruled, hereby orders that the relief sought by the motion should be granted, TRIFERA, LLC, is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment TRIFERA, LLC may obtain against the debtors personally or the debtors' post-petition property).

Dated: _____          BY THE COURT:

                                                                               _____
                                                                               United States Bankruptcy Judge

47529945