# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re:

    Michael C. Potter

        Debtor

Chapter 7

Case No. 16-31039-EDK

## TRUSTEE'S OBJECTION TO MOTION OF TRIFERA, LLC, FOR RELIEF FROM THE AUTOMATIC STAY

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now come David W. Ostrander, Chapter 7 Trustee in the above captioned case ("Trustee"), by his counsel, and opposes the Motion of Trifera, LLC ("Trifera"), For Relief From the Automatic Stay ("Motion"). In support thereof, the Trustee admits all 17 allegations stated in the Motion but further responds that the Trustee is in the process of obtaining consent from Trifera to conduct a "short sale" of the subject real estate located at 7 Kelly Road, Ware, Massachusetts (the "Property"). The short sale "package" was submitted to Trifera about two weeks ago and the Trustee, through his broker, is awaiting a favorable response. As a result, the Trustee respectfully requests that the Motion be denied without prejudice or, alternatively, that any order granting relief from stay be delayed until no earlier than July 31, 2017.

Dated: July 5, 2017

        David W. Ostrander, Trustee

        By: /s/ David W. Ostrander
            David W. Ostrander, Esq., BBO#554004
            Ostrander Law Office
            36 Service Center Road, P.O. Box 1237
            Northampton, MA 01061-1237
            T: (413) 585-9300  F: (413) 585-9490
            E: david@ostranderlaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

| | |
|---|---|
| In re:<br>    Michael C. Potter<br><br>    Debtor | Chapter 7<br><br>Case No. 16-31039-EDK |

## **CERTIFICATE OF SERVICE**

I, David W. Ostrander, do hereby certify that I served a copy of the Trustee's Objection To Motion of Trifera, LLC , For Relief From the Automatic Stay, on the following in the manner indicated, on July 5, 2017:

Office of the U. S. Trustee  
446 Main Street, 14th floor  
Worcester, MA 01608  
(via electronic notice only)

Clifford Heaton, Esq.  
Counsel To Debtor  
(via electronic notice only)

Charles Jeanfreau, Esq.  
Counsel To Trifera, LLC  
Weinstein & Riley, P.S.  
(via electronic notice only)


/s/ David W. Ostrander  
David W. Ostrander  
Ostrander Law Office  
P.O. Box 1237  
Northampton, MA 01061-1237  
T: (413) 585-9300  F: (413) 585-9490  
E: david@ostranderlaw.com